**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Stultz & Stephan, Ltd.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 86-1262722 |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **106 East Market St.**<br>**Tiffin, OH 44883**<br>Number, Street, City, State & ZIP Code | **PO Box 324**<br>**Tiffin, OH 44883**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Seneca**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)  _____

6.  **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Stultz & Stephan, Ltd.**  Case number (*if known*) _____
       Name

**7.**  **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Stultz & Stephan, Ltd.**         Case number (*if known*) _____
     Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

  ■ No
  ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____ When _____    Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor  **Stultz & Stephan, Ltd.**                                              Case number (*if known*) _____
        Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Stultz & Stephan, Ltd.**                                     Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 14, 2023**
              MM / DD / YYYY

**X** **/s/ Michael D. Stultz**                                    **Michael D. Stultz**
Signature of authorized representative of debtor                  Printed name

Title   **Member**

**18. Signature of attorney**

**X** **/s/ John W. Kennedy**                          Date   **June 14, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**John W. Kennedy 0042672**
Printed name

**Strip Hoppers Leithart McGrath & Terlecky Co., LPA**
Firm name

**575 S. Third St**
**Columbus, OH 43215**
Number, Street, City, State & ZIP Code

Contact phone   **614-228-6345**        Email address

**0042672 OH**
Bar number and State

## ACTIONS IN WRITING WITHOUT A MEETING
## BY THE SOLE MEMBER OF
## STULTZ & STEPHAN, LTD.

June 14, 2023

### AUTHORIZATION FOR FILING CHAPTER 11 BANKRUPTCY

WHEREAS, it is in the best interest of Stultz & Stephan, Ltd., an Ohio limited liability company (the "Company"), to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11, United States Code, the sole member of the Company does hereby take the following actions in writing without a meeting:

RESOLVED, that Michael D. Stultz, President of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

RESOLVED, that Michael D. Stultz, President of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

RESOLVED, that Michael D. Stultz, President of the Company, is authorized and directed to employ John W. Kennedy and the law firm of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA to represent the Company in such bankruptcy case.


/s/ Michael D. Stultz
Michael D. Stultz

1

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **09**

Name of proprietor: MICHAEL D STULTZ

Social security number (SSN): 

**A** Principal business or profession, including product or service (see instructions)
LAW PRACTICE

**B** Enter code from instructions ▶ 541990

**C** Business name. If no separate business name, leave blank.
STULTZ & STEPHAN, LTD.

**D** Employer ID number (EIN) (see instr.)
86-1262722

**E** Business address (including suite or room no.) ▶ PO BOX 400
City, town or post office, state, and ZIP code    TIFFIN    OH    44883

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2021? If "No," see instructions for limit on losses . . . . [X] Yes [ ] No

**H** If you started or acquired this business during 2021, check here . . . . . . . . . . . . . . . . ▶ [ ]

**I** Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions . . . . . . . . [X] Yes [ ] No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . [X] Yes [ ] No

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . ▶ [ ] | 1 | 1,429,965 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 1,429,965 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . | 5 | 1,429,965 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . | 6 | 3,367 |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . ▶ | 7 | 1,433,332 |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . . | 8 | 15,181 | 18 | Office expense (see instructions) . | 18 | 83,424 |
| 9 | Car and truck expenses (see instructions) . . . . . . . | 9 | 4,238 | 19 | Pension and profit-sharing plans | 19 | 26,054 |
| 10 | Commissions and fees . . | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | 8,529 | a | Vehicles, machinery, and equipment . | 20a | |
| 12 | Depletion . . . . . . | 12 | | b | Other business property . . . | 20b | 51,687 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . . . | 13 | 16,199 | 21 | Repairs and maintenance . . . | 21 | 10,856 |
| | | | | 22 | Supplies (not included in Part III) . | 22 | |
| | | | | 23 | Taxes and licenses . . . . . | 23 | 64,121 |
| 14 | Employee benefit programs (other than on line 19). . | 14 | 822 | 24 | Travel and meals: | | |
| | | | | a | Travel . . . . . . . . | 24a | 7,242 |
| 15 | Insurance (other than health) . | 15 | 34,062 | b | Deductible meals (see instructions) . . . . . . | 24b | 7,138 |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . . | 25 | 9,510 |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) . | 26 | 854,133 |
| b | Other . . . . . . . | 16b | 48,187 | 27a | Other expenses (from line 48) . | 27a | 158,169 |
| 17 | Legal and professional services . | 17 | 114,667 | b | Reserved for future use . . . | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . . . ▶ | 28 | 1,514,219 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . | 29 | -80,887 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.
**Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | 31 | -80,887 |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. | | |
| | • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** | 32a [X] All investment is at risk. | |
| | • If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | 32b [ ] Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see the separate instructions.**

HTA

Schedule C (Form 1040) 2021

Schedule C (Form 1040) 2021          MICHAEL D STULTZ                                         Page **2**

**Part III**  **Cost of Goods Sold (see instructions)**

33  Method(s) used to
value closing inventory:  **a** ☐ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☐ No

| | | |
|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . **35** | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . **36** | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . **37** | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . **38** | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **39** | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . **40** | 0 |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . **41** | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . **42** | 0 |

**Part IV**  **Information on Your Vehicle. Complete this part only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month/day/year)  ▶ _____

44  Of the total number of miles you drove your vehicle during 2021, enter the number of miles you used your vehicle for:

**a**  Business _____  **b** Commuting (see instructions) _____  **c** Other _____

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . .  ☐ Yes  ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . .  ☐ Yes  ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . .  ☐ Yes  ☐ No

**b**  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☐ No

**Part V**  **Other Expenses. List below business expenses not included on lines 8–26 or line 30.**

| | |
|---|---:|
| See Attached Statement | 158,169 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48**  Total other expenses. Enter here and on line 27a . . . . . . . . . . . . . . . . . **48** | 158,169 |

Schedule C (Form 1040) 2021

Printed on:  May 7, 2023

**Stultz & Stephan, Ltd.**
**Balance Sheet**
**As at: April 30, 2023**

## ASSETS

### Current Assets

| | | |
|---|---:|---:|
| Chase Visa | 17,923.42 | |
| CCB OAG Advanced Fees | 1,257.35 | |
| HNB Checking | 355.22 | |
| FFB Operating Acct | 21,607.85 | |
| Loan Fees | 28,064.98 | |
| FFB Money Market Sav | 56,568.36 | |
| CCB IOLTA Checking | 91,335.81 | |
| Client Disb Recov | 22,957.09 | |
| Investment in Partnership (STE) | 14,440.00 | |
| Security Deposits | 3,876.56 | |
| **Total Current Assets** | | **$258,386.64** |

### Fixed Assets

| | | |
|---|---:|---:|
| Vehicles | 38,964.95 | |
| Building - 106 E. Market | 386,946.00 | |
| Furniture & Fixtures | 68,092.78 | |
| Leasehold Improvements | 204,762.32 | |
| Research Library | 14,160.04 | |
| Computer Software - Fixed Asset | 1,200.84 | |
| Columbus Office Furnishings | 26,623.13 | |
| Computer Equipment | 126,303.94 | |
| Accumulated Depreciation | (390,186.61) | |
| **Total Fixed Assets** | | **$476,867.39** |
| **Total Assets** | | **$735,254.03** |

## LIABILITIES

### Short Term Liabilities

| | | |
|---|---:|---:|
| Trust Funds Owed | 91,335.81 | |
| **Total Short Term Liabilities** | | **$91,335.81** |

### Long Term Liabilities

| | | |
|---|---:|---:|
| HNB Loan Payable - MK | 1,084,047.16 | |
| HNB Line of Credit | 98,289.65 | |
| **Total Long Term Liabilities** | | **$1,182,336.81** |
| **Total Liabilities** | | **$1,273,672.62** |

## EQUITY

| | | |
|---|---:|---:|
| Capital-MDS | (1,060,081.21) | |
| Retained Earnings | 521,662.62 | |
| **Total Equity** | | **($538,418.59)** |
| **Total Liabilities & Equity** | | **$735,254.03** |

**Stultz & Stephan, Ltd.**
**Exhibit A-1**
**Gross Revenue**                              **$116,947.00**

**Expenses**
**Software/IT**
   CompuNet                         $5,000.00
   CUBS                             $1,710.64
   Time Matters/Worldox/PCLaw        $2,055.30
   Lexis Nexis                        $805.00
   PACER                              $159.88
   Credit Card Processing             $795.90
   Website                             $50.00
**Total**                                    **$10,576.72**

**Office Expenses**
   Copiers                          $1,068.60
   Shredding                           $60.58
   Supplies/Paper                   $3,015.89
**Total**                                     **$4,145.07**

**General**
   Postage                          $3,537.15
   Payroll Service Fees               $432.90
   Advanced Fees                    $1,630.08
   Credit Reports                     $380.36
   401k Fees                          $228.00
   Skip Tracing                     $1,339.25
   Bank Charges                        $54.54
   Dues                               $282.50
   Travel                             $307.26
   Fuel                               $153.87
**Total**                                     **$8,345.91**

**Insurance**
   Professional Liability             $825.00
   Umbrella                           $107.66
   Liability/Property                 $426.42
   Workers' Compensation               $47.14
   Auto                               $161.33
**Total**                                     **$1,567.55**

**Taxes**
   Real Estate                        $567.08
   Commercial Activity                $244.58
**Total**                                       **$811.66**

| **Gross Payroll** | **$60,100.52** |
|---|---|
| **Member's Draw** | **$13,000.00** |

**Utilities/Maintenance**

| | |
|---|---|
| Electric | $561.38 |
| Natural Gas | $187.74 |
| Trash | $28.64 |
| Water | $92.58 |
| Internet | $739.00 |
| Cell Phones | $414.38 |
| VoIP | $579.35 |
| Fax Line | $261.22 |
| Building Maint. | $962.46 |
| **Total** | **$3,826.75** |

**Professional - Non-Bankr**

| | |
|---|---|
| Lobbyist | $2,500.00 |
| Pub. 1075 Consultant | $2,100.00 |
| **Total** | **$4,600.00** |

**Chapter 11**

| | |
|---|---|
| Accounting | $1,000.00 |
| Attorney | $2,500.00 |
| SubChapter V Trustee | $1,000.00 |
| **Total** | **$3,500.00** |

| **Total Expenses** | **$110,474.18** |
|---|---|
| **Net Income** | **$6,472.82** |

**Fill in this information to identify the case:**

Debtor name    **Stultz & Stephan, Ltd.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 14, 2023**     X */s/ Michael D. Stultz*
_____         _____
                                         Signature of individual signing on behalf of debtor

                                         **Michael D. Stultz**
                                         Printed name

                                         **Member**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Stultz & Stephan, Ltd.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF OHIO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AbacusNext 387 South 520 West, Ste. 210 Lindon, UT 84042** | | **Software - executory contract - payments current - claim listed as $1.00 for inclusion on Official Form 204** | | | | **$1.00** |
| **AED Advisors 3140 Limestone Cir. Cincinnati, OH 45239** | | **Consultant - executory contract - payments current - claim listed as $1.00 for inclusion on Official Form 204** | | | | **$1.00** |
| **Comm-Core 1605 Indian Wood Cir. Maumee, OH 43537** | | **Utility - executory contract - payments current - claim listed as $1.00 for inclusion on Official Form 204** | | | | **$1.00** |
| **Downtown Tiano III, Ltd. 175 South Third St., Ste. 175 Columbus, OH 43215** | | **Office Lease** | **Unliquidated** | | | **$4,500.00** |
| **Great America Financial Servs. 625 First St. SE Cedar Rapids, IA 52401** | | **Equipment lease -payments current - claim listed as $1.00 for inclusion on Official Form 204** | | | | **$1.00** |

| Debtor | **Stultz & Stephan, Ltd.** | | | Case number *(if known)* | |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Huntington National Bank 17 South High St. Columbus, OH 43215** | | **106 East Market St., Tiffin Ohio** | | $1,127,794.00 | $350,000.00 | $777,794.00 |
| **Huntington National Bank 17 South High St. Columbus, OH 43215** | | **90 days or less: Accounts Receivable** | | $101,999.00 | $16,170.00 | $85,829.00 |
| **IDI 7615 Omnitech Pl. Victor, NY 14564** | | **Software - executory contract - payments current - claim listed as $1.00 for inclusion on Official Form 204** | | | | $1.00 |
| **Pitney Bowes Bank 215 S. State St., Ste. 320 Salt Lake City, UT 84111** | | **Equipment lease - payments current - claim listed as $1.00 for inclusion on Official Form 204** | | | | $1.00 |
| **RELX, Inc. 28544 Network Pl. Chicago, IL 60673** | | **Research services - executory contract - payments current - claim listed as $1.00 for inclusion on Official Form 204** | | | | $1.00 |
| **U.S. Bank Equipment Finance 1310 Madrid St. Marshall, MN 56258** | | **Equipment Lease -  payments current - claim listed as $1.00 for inclusion on Official Form 204** | | | | $1.00 |

**Fill in this information to identify the case:**

Debtor name        **Stultz & Stephan, Ltd.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................    $    350,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................    $    170,638.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................    $    520,638.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    1,229,793.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    4,508.00

4. **Total liabilities** ....................................................................................................................    $    1,234,301.00
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
|---|
| Debtor name **Stultz & Stephan, Ltd.** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO |
| Case number (if known) _____ |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Croghan Colonial Bank** | **Checking** | **1632** | **$2,414.00** |
| 3.2. | **Huntington National Bank** | **Checking** | **7236** | **$310.00** |
| 3.3. | **First Foundation Bank** | **Checking** | **1181** | **$66,895.00** |
| 3.4. | **First Foundation Bank** | **Money Market** | **9837** | **$70,784.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$140,403.00** |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

Debtor    **Stultz & Stephan, Ltd.**                                    Case number *(If known)* _____
Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

    11a. 90 days old or less:     **40,132.00**   -   **23,962.00**  = ....    **$16,170.00**
               face amount            doubtful or uncollectible accounts

---

12.     **Total of Part 3.**                                                       **$16,170.00**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.     **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                          % of ownership

    15.1.   **Membership interest in Signature Title**   **100**  %                **Unknown**

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17.     **Total of Part 4.**                                                       **$0.00**
    Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

---

Debtor   **Stultz & Stephan, Ltd.**                               Case number *(If known)* _____
     Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Furniture, fixtures and equipment - Tiffin office - see attachment** | Unknown | Appraisal | $6,575.00 |
| **Furniture, fixtures and equipment - Columbus office - see attachment** | Unknown | Appraisal | $1,240.00 |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                 | $7,815.00 |
    Add lines 39 through 42. Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2013 BMW 535** | Unknown | Appraisal | $6,250.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**                                                                 | $6,250.00 |
    Add lines 47 through 50. Copy the total to line 87.

Debtor   **Stultz & Stephan, Ltd.**_____   Case number *(If known)* _____
         Name

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **106 East Market St., Tiffin Ohio** | | **$0.00** | **Appraisal** | **$350,000.00** |

56.   **Total of Part 9.**                                               | **$350,000.00** |
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

                                                                    Current value of debtor's interest

71.   **Notes receivable**
      Description (include name of obligor)

Debtor   **Stultz & Stephan, Ltd.** _____   Case number *(If known)* _____
         <sub>Name</sub>

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit
     has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership
     **Croghan Colonial Bank IOLTA account - not property of
     the estate**                                                          **$0.00**

78.  **Total of Part 11.**                                               **$0.00**

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor    **Stultz & Stephan, Ltd.**                                    Case number *(If known)* _____
<br>_Name_

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $140,403.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $16,170.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,815.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,250.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................> | | $350,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $170,638.00 | + 91b. $350,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $520,638.00 |

# Appraisal Report

Assets Located at
106 E. Market Street
Tiffin, Ohio

And

175 S. Third Street Suite 320
Columbus, Ohio

**Prepared for:**

John Kennedy
Strip, Hoppers, Leithart, McGrath & Terlecky
Co., LPA
(614) 228-6345

**Prepared by:**
Chris Davis, Appraiser/Auctioneer
7461 Worthington Galena Rd
Worthington, Ohio 43085
Phone: (614) 570-2500
chris@auctionohio.com

## Summary

On May 23, 2023 and May 24, 2023, at the request of John Kennedy, we personally inspected the assets of Mike Stultz situated at 106 E. Market Street Tiffin, Ohio and 175 S. Third Street Suite 320 Columbus, Ohio.

## Value

The Liquidation Value for the Fixtures, Furniture,
Equipment & BMW in total is:

**$14,065**

This is not the appraisal report. The appraisal report must be read in its entirety.

# Analysis

## Condition

All assets inspected were found to be in good condition and show signs of normal wear and tear.

## Marketability

The office assets inspected are in operable condition, however the market for used office equipment, furniture and fixtures is weak due to changes in office demand as a result of work from home models. The 2013 BMW is very marketable with an easily accessible buyers.

## Conditions of Appraisal

The value stated in this Appraisal Report is based on the best judgment of the appraiser given the facts and conditions available at the date of the valuation.

The use of the report is limited to the purpose of determining the value of personal property for Liquidation Value.

Any additional research or testimony required by the client or the lender will be billed at the current rates.

Disclosure of the contents of the report is governed by the Standards and Practices of the Certified Appraisers Guild of America.

# Certification of Report

Neither Chris Davis, nor any of his employees have any present or future interest in the subject property. No prohibited fee was assessed for this report.

This report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice and with the Standards and Practices of the Certified Appraisers Guild of America which has review authority of this report.

Chris Davis's staff has personally examined the subject property. The statements of fact contained in this report are true and correct to the best knowledge and belief of the appraiser.

By: Chris Davis, Appraiser

# Purpose of the Report

The purpose of this report is to determine the value of the collateral for liquidation purposes.

# Method of Valuation

The method of valuation used for this appraisal is the Fair Market Value.

# Definition of Value

### Fair Market Value

Under the United States Treasury regulation 1.170-1c Fair Market value is defined as:

The price at which the property would change hands between a willing buyer and a willing seller, neither being under compulsion to buy or compulsion to sell and both having reasonable knowledge.

# Basis of Appraisal

### Valuation Date

The date of valuation for determining the value estimation is June 1, 2023.

### Date Appraisal Conducted

This appraisal was conducted on May 23rd and 24th, 2023.

### Limitations of Property

There were no limitations on use or disposition of this property with exception of items prohibited by law to sell.

### Description

See Attached Inventory and Values.

**TIFFIN OFFICE**

| ITEM | QUANTITY | LIQUIDATION VALUE |
|---|---|---|
| Shelving Units Upstairs | 11 | 50 |
| Upholstered Chair | 10 | 50 |
| Fan | 5 | 10 |
| Metal Cabinet | 1 | 5 |
| Wood Storage Built-In | 5 | 0 |
| Office Chair | 15 | 75 |
| Putting Mat | 1 | 5 |
| Metal File Cabinets | 26 | 260 |
| Ricoh Laser Printer | 1 | 15 |
| Large Wood Table | 1 | 15 |
| IBM Wheelwriter | 2 | 10 |
| Rattan/Glass Side Table | 2 | 20 |
| Wood/Leather Office Chair | 2 | 40 |
| Wood Dresser | 3 | 90 |
| 6' Wood Ladder | 1 | 10 |
| Suitcases | 4 | 40 |
| Leather Ottoman | 1 | 25 |
| Wood Low Dresser | 2 | 40 |
| Wood Hutch | 3 | 225 |
| Wood Night Stand | 4 | 80 |
| Dell All-In-One | 1 | 20 |
| Dell Monitors | 40 | 400 |
| Fujitsu Scanner | 13 | 230 |
| Yealink Phone | 14 | 70 |
| Dell OptiPlex Computer | 8 | 400 |
| Office Desk | 11 | 220 |
| Assorted Artwork | 1 | 100 |
| Leather High back Chair | 2 | 50 |
| Leather Club Chair | 1 | 25 |
| Wood Chair | 4 | 60 |
| Wood Laminate Desk | 3 | 30 |
| Lenovo ThinkCentre Computer | 10 | 400 |
| Room Divider | 1 | 5 |
| Wood Bookcase | 9 | 675 |
| Wood Console Table | 7 | 140 |
| Lobby Chair | 1 | 5 |
| Assorted Books | 1 | 40 |
| Laminate Wood Cabinet | 1 | 10 |
| HP Printer | 7 | 105 |
| Large Wood/Glass Cabinet | 1 | 75 |
| Large Wood Console Table | 2 | 50 |
| Frigidaire Mini Fridge | 1 | 20 |
| Plastic Folding Table 6' | 1 | 10 |
| Roper Fridge/Freezer | 1 | 50 |

| | | |
|---|---|---|
| Small Appliances | 3 | 10 |
| Sanitaire Vacuum | 2 | 80 |
| Stainless Steel Trash Can | 3 | 15 |
| Metal/Wood Console Table | 4 | 60 |
| Paper/Office Supplies | 1 | 200 |
| Paper Shredder | 3 | 15 |
| Zebra Label Printer | 1 | 20 |
| Mini Fridge | 1 | 5 |
| Metal Folding Chairs | 8 | 25 |
| 10'X10' Slant Leg Canopy | 1 | 20 |
| Dell Laptops | 2 | 80 |
| Logitech Speakers | 2 | 5 |
| Small Stepladder | 1 | 5 |
| Reproduction Hubley | 1 | 10 |
| Wood Conference Table | 1 | 125 |
| Leather High back Rolling Chairs | 10 | 400 |
| Round Wood Table | 1 | 25 |
| Sligh Grandfather Clock | 1 | 400 |
| Digital Check Scanner | 2 | 10 |
| Round Wood Folding Table | 1 | 5 |
| Fire King Cabinet | 1 | 15 |
| Granite Top W/Sink | 1 | 30 |
| 8' Fiberglass Ladder | 1 | 25 |
| 12' Fiberglass Ladder | 1 | 30 |
| Laminate Wood Cabinet | 1 | 10 |
| Vinyl Lobby Couch | 1 | 30 |
| Small Wood Side Tables | 2 | 10 |
| 2013 BMW 535I(171K mi) | 1 | 6250 |
| QNAP TS-x73r | 1 | 300 |
| Metal Server/Media Cabinet | 1 | 40 |
| NEC Monitor | 1 | 15 |
| SOPHOS Firewall | 3 | 300 |

*TOTAL:*               12825

**COLUMBUS OFFICE**

| ITEM | QUANTITY | LIQUIDATION VALUE |
|------|----------|-------------------|
| Metal Shoe Rack | 1 | 5 |
| Fellowes Shredder | 1 | 5 |
| Dell Printer | 1 | 40 |
| Artwork | 1 | 20 |
| Coat Rack | 1 | 5 |
| Lobby Chair | 9 | 90 |
| Lobby Couch | 1 | 30 |
| Side Table Wood | 2 | 10 |
| Office Desk | 5 | 150 |
| Dell Monitors | 10 | 150 |
| Office Chair | 8 | 50 |
| Yealink Phone | 5 | 25 |
| Dell OptiPlex Computer | 3 | 150 |
| Wood Chairs | 2 | 10 |
| Wood Table | 1 | 5 |
| Conference Table | 1 | 50 |
| 40" Samsung TV | 1 | 20 |
| Howard Miller Wall Clock | 1 | 50 |
| Wooden  Console Table | 1 | 5 |
| HP Printer | 3 | 90 |
| Lenovo ThinkCentre Computer | 2 | 150 |
| Barstools | 3 | 30 |
| Keurig Coffee Maker | 1 | 5 |
| B&D Toaster Oven | 1 | 5 |
| Breakroom Table | 1 | 15 |
| Chairs | 2 | 10 |
| Fujitsu Scanner | 2 | 40 |
| Wooden Dresser | 1 | 20 |
| Metal Lamp | 1 | 5 |

**TOTAL:**                1240

**Fill in this information to identify the case:**

Debtor name **Stultz & Stephan, Ltd.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

| 2.1 | **Huntington National Bank** | Describe debtor's property that is subject to a lien | **$1,127,794.00** | **$350,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **106 East Market St., Tiffin Ohio** | | |

**17 South High St.
Columbus, OH 43215**

Creditor's mailing address

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
8591**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Huntington National Bank** | Describe debtor's property that is subject to a lien | $101,999.00 | $16,170.00 |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Accounts Receivable** | | |

**17 South High St.
Columbus, OH 43215**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
5891**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Stultz & Stephan, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,229,793.0 0** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Matthew D. Harper**<br>**One SeaGate, 27th Floor**<br>**PO Box 10032**<br>**Toledo, OH 43699** | Line __2.1__ | |
| **Matthew D. Harper**<br>**One SeaGate, 27th Floor**<br>**PO Box 10032**<br>**Toledo, OH 43699** | Line __2.2__ | |

**Fill in this information to identify the case:**

Debtor name   **Stultz & Stephan, Ltd.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**AbacusNext**
**387 South 520 West, Ste. 210**
**Lindon, UT 84042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **0945**

Basis for the claim:  **Software - executory contract - payments current - claim listed as $1.00 for inclusion on Official Form 204**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**AED Advisors**
**3140 Limestone Cir.**
**Cincinnati, OH 45239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Consultant - executory contract - payments current - claim listed as $1.00 for inclusion on Official Form 204**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Comm-Core**
**1605 Indian Wood Cir.**
**Maumee, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **0086**

Basis for the claim:  **Utility - executory contract - payments current - claim listed as $1.00 for inclusion on Official Form 204**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Downtown Tiano III, Ltd.**
**175 South Third St., Ste. 175**
**Columbus, OH 43215**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Office Lease**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Stultz & Stephan, Ltd.**
_____   Case number (if known)   _____
Name

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Great America Financial Servs.**
625 First St. SE
Cedar Rapids, IA 52401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7483**

Basis for the claim:  **Equipment lease -payments current - claim listed as $1.00 for inclusion on Official Form 204**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**IDI**
7615 Omnitech Pl.
Victor, NY 14564

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0788**

Basis for the claim:  **Software - executory contract -  payments current - claim listed as $1.00 for inclusion on Official Form 204**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Pitney Bowes Bank**
215 S. State St., Ste. 320
Salt Lake City, UT 84111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5580**

Basis for the claim:  **Equipment lease -  payments current - claim listed as $1.00 for inclusion on Official Form 204**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**RELX, Inc.**
28544 Network Pl.
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **063B**

Basis for the claim:  **Research services - executory contract -  payments current - claim listed as $1.00 for inclusion on Official Form 204**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**U.S. Bank Equipment Finance**
1310 Madrid St.
Marshall, MN 56258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7096**

Basis for the claim:  **Equipment Lease -  payments current - claim listed as $1.00 for inclusion on Official Form 204**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 4,508.00 |

Debtor    **Stultz & Stephan, Ltd.**
Name

Case number (if known)

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $                                    **4,508.00**

**Fill in this information to identify the case:**

Debtor name    **Stultz & Stephan, Ltd.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Software - executory contract** |
|         State the term remaining |  |
|         List the contract number of any government contract | **AbacusNext**<br>**387 South 520 West, Ste. 210**<br>**Lindon, UT 84042** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Consultant - executory contract** |
|         State the term remaining |  |
|         List the contract number of any government contract | **AED Advisors**<br>**3140 Limestone Cir.**<br>**Cincinnati, OH 45239** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **Utility - phone service - executory contract** |
|         State the term remaining |  |
|         List the contract number of any government contract | **Comm-Core**<br>**1605 Indian Wood Cir.**<br>**Maumee, OH 43537** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** |
|         State the term remaining |  |
|         List the contract number of any government contract | **Downtown Tiano III, Ltd.**<br>**175 South Third St., Ste. 175**<br>**Columbus, OH 43215** |

Debtor 1    **Stultz & Stephan, Ltd.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

<span style="background-color:#4a0e3e;color:#4a0e3e">████</span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Software - executory contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **IDI**<br>**7615 Omnitech Pl.**<br>**Victor, NY 14564** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Pitney Bowes Bank**<br>**PO Box 981026**<br>**Boston, MA 02298** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Research services - executory contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **RELX, Inc.**<br>**28544 Network Pl.**<br>**Chicago, IL 60673** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **U.S. Bank Equipment Finance**<br>**1310 Madrid St.**<br>**Marshall, MN 56258** |

**Fill in this information to identify the case:**

Debtor name  **Stultz & Stephan, Ltd.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 **Michael & Jaime Stultz** | **2001 Nicklaus Dr. Findlay, OH 45840** | | **Huntington National Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Michael & Jaime Stultz** | **2001 Nicklaus Dr. Findlay, OH 45840** | | **Huntington National Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Stultz & Stephan, Ltd.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$683,979.00** |
    | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,588,686.00** |
    | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,429,965.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
    |---|---|---|---|

Debtor    **Stultz & Stephan, Ltd.**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Downtown Tiano III, Ltd.**<br>**175 South Third St., Ste. 175**<br>**Columbus, OH 43215** | **April 1 and**<br>**May 1, 2023** | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Office Rent** |
| 3.2. **CompuNet** | **Various** | **$25,865.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Michael D. Stultz**<br>**2001 Nicklaus Dr.**<br>**Findlay, OH 45840**<br>**Sole member** | **Various** | **$38,000.00** | **Compensation** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

| Debtor | Stultz & Stephan, Ltd. | Case number *(if known)* | |
|---|---|---|---|

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Strip Hoppers Leithart McGrath & Terleck 575 S. Third St Columbus, OH 43215 | Retainer for Attorney Fees | May 10, 2023 | $25,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    Stultz & Stephan, Ltd.                                    Case number *(if known)*

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **Stultz & Stephan, Ltd.**                                    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| Clients | Croghan Colonial Bank | IOLTA account to hold client trust funds, no retainer funds | Unknown |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■   No.
☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24.   Has the debtor notified any governmental unit of any release of hazardous material?**

■   No.
☐   Yes. Provide details below.

Debtor    **Stultz & Stephan, Ltd.** _____     Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Lisa Young, CPA**<br>**365 West Jamestown Ave.**<br>**Tiffin, OH 44883** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael D. Stultz** | **2001 Nicklaus Dr.**<br>**Findlay, OH 45840** | **Sole member** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    __Stultz & Stephan, Ltd.__                                    Case number *(if known)* _____

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Michael D. Stultz**<br>**2001 Nicklaus Dr.**<br>**Findlay, OH 45840** | **Compensation, $38,000** | **Various** | |
| **Relationship to debtor**<br>**Sole member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Paychex 401(k) Account** | **EIN:** |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __June 14, 2023__

__/s/ Michael D. Stultz__                          __Michael D. Stultz__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __Member__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Stultz & Stephan, Ltd.** _____   Case No. _____
                                                    Debtor(s)          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

   For legal services, I have agreed to accept ........................................   $  _____

   Prior to the filing of this statement I have received ...................   $  _____

   Balance Due ..................................................................................   $  _____

■  **RETAINER**

   For legal services, I have agreed to accept and received a retainer of ..........   $         **25,000.00**

   The undersigned shall bill against the retainer at an hourly rate of ..........   $            **335.00**
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
   fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
        any other adversary proceeding, Trustee audits,or any post-confirmation work.**

In re   **Stultz & Stephan, Ltd.**             Case No. _____

                 Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 14, 2023**                         **/s/ John W. Kennedy**
*Date*                                    **John W. Kennedy 0042672**
                                      *Signature of Attorney*
                                      **Strip Hoppers Leithart McGrath & Terlecky Co., LPA**
                                      **575 S. Third St**
                                      **Columbus, OH 43215**
                                      **614-228-6345  Fax: 614-228-6369**
                                      *Name of law firm*

# United States Bankruptcy Court
## Southern District of Ohio

In re   **Stultz & Stephan, Ltd.** _____   Case No. _____

               Debtor(s)     Chapter   **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael D. Stultz**<br>**2001 Nicklaus Dr.**<br>**Findlay, OH 45840** | | | **Sole member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 14, 2023** _____     Signature   **/s/ Michael D. Stultz** _____

                                                             **Michael D. Stultz**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

AbacusNext
387 South 520 West, Ste. 210
Lindon, UT 84042

AED Advisors
3140 Limestone Cir.
Cincinnati, OH 45239

Comm-Core
1605 Indian Wood Cir.
Maumee, OH 43537

Downtown Tiano III, Ltd.
175 South Third St., Ste. 175
Columbus, OH 43215

Great America Financial Servs.
625 First St. SE
Cedar Rapids, IA 52401

Huntington National Bank
17 South High St.
Columbus, OH 43215

IDI
7615 Omnitech Pl.
Victor, NY 14564

Matthew D. Harper
One SeaGate, 27th Floor
PO Box 10032
Toledo, OH 43699

Pitney Bowes Bank
215 S. State St., Ste. 320
Salt Lake City, UT 84111

RELX, Inc.
28544 Network Pl.
Chicago, IL 60673

U.S. Bank Equipment Finance
1310 Madrid St.
Marshall, MN 56258

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Stultz & Stephan, Ltd.** _____  Case No. _____
                                                    Debtor(s)                Chapter  **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Stultz & Stephan, Ltd.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 14, 2023 _____        /s/ John W. Kennedy _____
Date                                                **John W. Kennedy 0042672**
                                                    Signature of Attorney or Litigant
                                                    Counsel for  **Stultz & Stephan, Ltd.** _____
                                                    **Strip Hoppers Leithart McGrath & Terlecky Co., LPA**
                                                    **575 S. Third St**
                                                    **Columbus, OH 43215**
                                                    **614-228-6345 Fax:614-228-6369**