UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-52039 |
| | : | |
| Stultz & Stephan, Ltd., | : | Chapter 11 |
| | : | Subchapter V |
| Debtor. | : | Judge Hoffman |

### DEBTOR'S AMENDED NOTICE OF SUBSTANTIAL CONSUMMATION AND MOTION FOR FINAL DECREE

Stultz & Stephan, Ltd., the debtor and debtor in possession (the "Debtor"), notifies this Court and all parties in interest of the substantial consummation of its plan of reorganization and moves the Court (the "Motion"), pursuant to 11 U.S.C. §350(a) and Federal Rule of Bankruptcy Procedure 3022, to enter a final decree in this Chapter 11 proceeding. A memorandum in support is attached.

Respectfully submitted,

 /s/ John W. Kennedy
Myron N. Terlecky       (0018628)
John W. Kennedy         (0042672)
Strip, Hoppers, Leithart,
McGrath & Terlecky Co. LPA
575 S. Third St.
Columbus, OH 43215
Telephone:      (614) 228-6345
Facsimile:      (614) 228-6369
E-mail:         mnt@columbuslawyer.net
                jwk@columbuslawyer.net
*Counsel for Debtor*

## MEMORANDUM IN SUPPORT

### I.    JURISDICTION AND BACKGROUND

1.      Stultz & Stephan, Ltd. (the "Debtor") filed a petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), on June 16, 2023 (the "Petition Date").

2.      This Court has jurisdiction over this motion under 28 U.S.C. §§ 157 and 1334 and the General Order of Reference entered in this district.

3.      Venue is proper under 28 U.S.C. §§ 1408 and 1409.   This matter is a core proceeding as defined in 28 U.S.C. § 157(b)(2).

4.      The Debtor filed its *First Amended Plan of Reorganization of Stultz & Stephan, Ltd. Dated November 2, 2023* (Doc. 75) (the "Plan") on November 2, 2023.   On November 22, 2023, this Court entered its *Order Confirming Debtor's First Amended Plan of Reorganization (Doc 75)* (Doc. 84) (the "Confirmation Order") confirming the Plan pursuant to section 1191(a) of the Bankruptcy Code.

5.      Pursuant to the terms of the Plan, the effective date of the Plan was December 20, 2023.   As of December 20, 2023, the Debtor paid all unsecured claims in this case in full, as set forth on the attached accounting, Exhibit A.

6.      Pursuant to the terms of the Plan, the Debtor commenced monthly payments to secured creditor The Huntington National Bank by paying $8,588.98 on or about January 1, 2024, as set forth on the attached accounting, Exhibit A.

7.      Pursuant to the terms of the Plan and orders of this Court, as of February 23, 2024, the Debtor has paid all administrative claims as set forth on the attached accounting, Exhibit A.

### II.    RELIEF REQUESTED

Section 1101(2) of the Bankruptcy Code defines "substantial consummation" as "(A)

transfer of all or substantially all of the property proposed by the plan to be transferred; (B) assumption by the debtor … of the business or of the management of all or substantially all of the property dealt with by the plan; and (C) commencement of distribution under the plan."  Section 1183(c) provides that the debtor shall provide notice of substantial consummation and that the Subchapter V trustee's service shall terminate upon substantial consummation.  Section 350(a) of the Bankruptcy Code provides that the court shall close a case "[a]fter an estate is fully administered and the court has discharged the trustee."  Finally, Bankruptcy Rule 3022 provides that after an estate is fully administered, "the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case."

In the present case, the Debtor has paid all unsecured claims in full and has commenced distributions to the secured creditor.  The Debtor has paid all administrative claims in full.  There is no property to be transferred under the Plan.  There are no contested matters or adversary proceedings pending.  There are no U.S. Trustee fees in this Subchapter V case.  The Clerk of Courts has confirmed to this undersigned counsel that there are no unpaid costs in this Chapter 11 proceeding.  The Debtor certifies that the Court's role in the administration of the case is complete. Therefore, the Plan has been substantially consummated within the meaning of section 1101(2) of the Bankruptcy Code, and the case may be closed pursuant to section 350(a) of the Bankruptcy Code.

## III.   CONCLUSION

Based upon the foregoing, the Debtor respectfully requests that this Court enter a final decree in the form attached as Exhibit A closing this case pursuant to 11 U.S.C. §350(a) and granting such other and further relief as the Court deems necessary.

Respectfully submitted,


 /s/ John W. Kennedy
Myron N. Terlecky      (0018628)
John W. Kennedy       (0042672)
Loni R. Sammons       (0102196)
Strip, Hoppers, Leithart,
McGrath & Terlecky Co. LPA
575 S. Third St.
Columbus, OH 43215
Telephone:      (614) 228-6345
Facsimile:      (614) 228-6369
E-mail:        mnt@columbuslawyer.net
               jwk@columbuslawyer.net
*Counsel for Debtor*

## <u>NOTICE OF DEBTOR'S AMENDED NOTICE OF SUBSTANTIAL CONSUMMATION AND MOTION FOR FINAL DECREE AND CERTIFICATE OF SERVICE</u>

Stultz & Stephan, Ltd. has filed papers with the Court seeking a final decree closing this case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Motion, **then on or before twenty-one (21) days from the date set forth in the certificate of service for the Motion**, you or your attorney must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215, OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the date set forth above.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) regular U.S. Mail to:

United States Trustee
170 North High Street, Suite 200
Columbus, Ohio 43215

John W. Kennedy, Esq.
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, Ohio 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without further notice or hearing.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the *DEBTOR'S AMENDED NOTICE OF SUBSTANTIAL CONSUMMATION AND MOTION FOR FINAL DECREE* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by First Class U.S. Mail on March 18, 2024, addressed to the Debtor, the Office of the United States Trustee, the Subchapter V Trustee and all creditors and parties in interest as set forth on the attached mailing matrix.

 /s/ John W. Kennedy _____
John W. Kennedy (0042672)

**Exhibit A**

| Claimant | Claim | Amount | Paid |
|---|---|---|---|
| Spectrum | POC No. 1 | $559.70 | Per Court's "utility" order, Doc. 28 |
| Ohio Power | POC No. 2 | $586.71 | Per Court's "utility" order, Doc. 28 |
| Downtown Tiano III, Ltd. | Schedule E/F | $4,500.00 | Dec. 20, 2023 |
| The Huntington National Bank | POC No. 3 | $8,588.98/month | Payments commenced Jan. 1, 2024 |
| Strip Hoppers Leithart McGrath & Terlecky | Administrative | $36,948.86 | Feb. 23, 2024, per Court Order, Doc. 95 |
| James Coutinho | Administrative | $7,383.95 | Feb. 23, 2024, per Court Order, Doc. 96 |

Exhibit B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-52039 |
| | : | |
| Stultz & Stephan, Ltd., | : | Chapter 11 |
| | : | Subchapter V |
| Debtor. | : | Judge Hoffman |

**FINAL DECREE (Doc. --)**

This matter is before the Court on the *Debtors' Amended Notice of Substantial Consummation and Motion for Final Decree* (Doc. --) (the "Motion") filed by Stultz & Stephan, Ltd. (the "Debtor") on March __, 2024. Through the Motion, the Debtor gives notice of the substantial consummation of its *Frist Amended Plan of Reorganization of Stultz & Stephan, Ltd.* (Doc. 75) and requests that this Court enter a final decree closing this case.

Based on the representations set forth in the Motion, and for good cause shown, the Court finds that the Motion was properly served and notice was properly given to all creditors and parties in interest in accordance with Bankruptcy Rules 2002 and 3022 and Local Bankruptcy Rule 3022-1; that the estate of the Debtor has been fully administered; that the Debtor has completed

distribution to holders of allowed unsecured claims and administrative claims; that the Debtor has

commenced monthly distributions to the holder of an allowed secured claim; and that the relief

requested in the Motion is well taken and should be granted.

NOW, THEREFORE, IT IS ORDERED that the Motion is hereby granted; and it is further

ORDERED, that the Debtor's notice of substantial consummation pursuant to 11 U.S.C.

§1183(c)(2) is hereby approved; and it is further

ORDERED, this case shall be closed pursuant to 11 U.S.C. §350(a).

IT IS SO ORDERED.

Submitted by:

 /s/ John W. Kennedy
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH 43215
Telephone (614) 228-6345
Facsimile (614) 228-6369
Email:  mnt@columbuslawyer.net
        jwk@columbuslawyer.net
Attorneys for Debtors


All creditors and parties in interest

Label Matrix for local noticing
0648-2
Case 2:23-bk-52039
Southern District of Ohio
Columbus
Mon Mar 18 10:55:29 EDT 2024

AED Advisors
3140 Limestone Cir.
Cincinnati, OH 45239-7106

AbacusNext
2010 Jimmy Durante Blvd., Ste. 130
Del Mar, CA 92014-2260

Pamela Arndt
DOJ-Ust
170 North High Street
Suite 200
Columbus, OH 43215-2417

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

Bill Byers
Byers, Minton & Assoc., LLC
88 East Broad St., Ste. 1650
Columbus, OH 43215-0077

Comm-Core
1605 Indian Wood Cir.
Maumee, OH 43537-4036

James A Coutinho
Allen Stovall Neuman & Ashton LLP
10 West Broad Street
Suite 2400
Columbus, OH 43215-3469

Amy Danner
AED Advisors, LLC
3140 Limestone Circle
Cincinnati, OH 45239-7106

Downtown Tiano III, Ltd.
175 South Third St., Ste. 175
Columbus, OH 43215-7109

Great America Financial Servs.
625 First St. SE
Cedar Rapids, IA 52401-2031

Matthew D. Harper
Eastman & Smith Ltd.
One SeaGate, 27th Floor
Toledo, OH 43604-1558

Huntington National Bank
17 South High St.
Columbus, OH 43215-3413

IDI
7615 Omnitech Pl.
Victor, NY 14564-9767

John W Kennedy
Strip Hoppers Leithart McGrath & Terleck
575 S. Third St.
Columbus, OH 43215-5755

Matthew D. Harper
One SeaGate, 27th Floor
PO Box 10032
Toledo, OH 43699-0032

Ohio Power Company d/b/a AEP Ohio
1 Riverside Plaza 13th Floor
Columbus, OH 43215-2355

Pitney Bowes Bank
215 S. State St., Ste. 320
Salt Lake City, UT 84111-2332

RELX, Inc.
28544 Network Pl.
Chicago, IL 60673-1285

Mark William Sandretto
Eastman & Smith
One Seagate, 27th Floor
Toledo, OH 43604-1558

Spectrum
1600 Dublin Road
Columbus, OH 43215-2098

Robert Stoffers
Weston Hurd LLP
101 East Town Street
Suite 500
Columbus, OH 43215-5285

Stultz & Stephan, Ltd.
PO Box 324
Tiffin, OH 44883-0324

Myron N Terlecky
575 S Third St
Columbus, OH 43215-5755

The Huntington National Bank
c/o Mark W. Sandretto
One SeaGate, 27th Floor
P.O. Box 10032
Toledo OH 43699-0032

U.S. Bank Equipment Finance
1310 Madrid St.
Marshall, MN 56258-4099

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)James A. Coutinho
Allen Stovall Neuman & Ashton LLP
10 West Broad Street
Ste. 2400
Columbus, OH 43215-3469

(u)DownTown Plaza III Ltd

(u)The Huntington National Bank


End of Label Matrix
Mailable recipients     25
Bypassed recipients      3
Total                   28